Civil Action No. 1:20-cv-00455-UNA

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) VOYANT COMMUNICATIONS, LLC
was received by me on (date) 4/1/2020 .

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Jolita Quindara, who is designated by law to accept service of process on behalf of (name of organization) VOYANT COMMUNICATIONS LLC c/o Cogency Global Inc., Service time - 10:24 a.m. on (date) 4/2/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/2/2020

_____
Server's signature

Robert DeLacy, Process Server
Printed name and title

D. M. Professional Services
501 Silverside Rd, Ste 72
Wilmington, DE 19809
Server's address

Additional information regarding attempted service, etc: